█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY GOODS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 29, 1964, convicting him of two counts of felonious sales of narcotic drugs (Penal Law, § 1751, subd. 1), upon a jury verdict, and imposing sentence upon him as a second felony offender. The action is remitted to the trial court for further proceedings in accordance with the decision in *People* v. *Huntley* (15 N Y 2d 72). The procedure prescribed in *People* v. *Korda* (24 A D 2d 577) should be followed. In the interim, the pending appeal in this court will be held in abeyance. Part of the People's proof consisted of an oral and a written statement made by the defendant after his arrest and prior to arraignment. The issue of the voluntariness of those statements was submitted by the trial court to the jury for determination together with other issues. This procedure has been held to be in violation of the defendant's constitutional rights; he was entitled to a separate trial by the court alone of the issue as to the voluntariness of his inculpatory statements (*Jackson* v. *Denno*, 378 U. S. 368; *People* v. *Huntley, supra*). Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CHARLES HARTER, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 20, 1964, convicting him, after a jury trial, of refusal to aid an officer in making an arrest (Penal Law, § 1848), and imposing sentence. Judgment reversed on the law, indictment dismissed, and fine remitted. The findings of fact implicit in the jury's verdict are affirmed. In our opinion, the guilt of defendant was not established beyond a reasonable doubt. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., dissents and votes to affirm the judgment.